ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2011 MAR 23 PM 1: 07
DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § No. |
| | § |
| KENZIE NELSON | § |
| also known as "Swavey" | § **3-11CR0068-K** |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Sex Trafficking of a Minor
### (Violation of 18 U.S.C. § 1591(a)(1))

Beginning on or about December 15, 2010 and continuing until on or about December 20, 2010, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Kenzie Nelson**, also known as "Swavey," in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide and obtain by any means "E.W.," a person who had not attained the age of 14 years, and knowing that "E.W." had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of 18 U.S.C. § 1591(a)(1).

<u>Count Two</u>
Sex Trafficking of a Minor
(Violations of 18 U.S.C. §§ 1591(a)(2))

Beginning on or about December 15, 2010 and continuing until on or about December 20, 2010, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Kenzie Nelson**, also known as "Swavey," in and affecting interstate and foreign commerce, did knowingly benefit financially and by receiving anything of value, from participation in a venture that did recruit, entice, harbor, transport, provide and obtain by any means "E.W.," a person who had not attained the age of 14 years, and defendant knew that "E.W." had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. §§ 1591(a)(2).

A TRUE BILL

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
JASON D. SCHALL
Assistant United States Attorney
Texas State Bar No. 24051295
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.2846
Email: Jason.Schall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2011 MAR 23 PM 1:08
DEPUTY CLERK _____ MCR

UNITED STATES OF AMERICA

v.

3-11CR0068-K

KENZIE NELSON (1)
aka "Swavey"

INDICTMENT

18 U.S.C. § 1591(a)(1)
Sex Trafficking of a Minor

18 U.S.C. §§ 1591(a)(2) and 2)
Sex Trafficking of a Minor

2 Counts

A true bill rendered:

_____
                     FOREPERSON
DALLAS

Filed in open court this 23 day of March, A.D. 2011.

_____
                              Clerk
KENZIE NELSON - ISSUE ARREST WARRANT

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No pending Criminal Complaint

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

RECEIVED MAR 23 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

3-11CR068-K

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed: ☐ Yes ☒ No

   Defendant Name: KENZIE NELSON (1)

   Alias Name: "Swavey"

   Address: _____

   County in which offense was committed: Dallas

2. **U.S. Attorney Information**

   AUSA Jason D. Schall       Bar # TX Bar No. 24051295

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   Issue Arrest Warrant

   ☐ Already in Federal Custody as of _____ in _____
   ☒ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2   ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 1591(a)(1) | Sex Trafficking of a Minor | 1 |
   | 18 U.S.C. §§ 1591(a)(2) and 2) | Sex Trafficking of a Minor | 2 |

   Date: 3/17/11       Signature of AUSA: _____